NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1001

NOVO NORDISK A/S and NOVO NORDISK, INC.,

Plaintiffs-Appellants,

v.

CARACO PHARMACEUTICAL LABORATORIES, LTD.
and SUN PHARMACEUTICAL INDUSTRIES, LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Michigan
in case no. 2:05-CV-40188, Judge Avern Cohn.

ON MOTION

Before RADER, CLEVENGER, and DYK, Circuit Judges.

RADER, Circuit Judge.

ORDER

Novo Nordisk A/S and Novo Nordisk, Inc. (Novo Nordisk) move for a stay, pending disposition of this appeal, of the injunction entered by the United States District Court for the Eastern District of Michigan. Caraco Pharmaceutical Laboratories, Ltd. and Sun Pharmaceutical Industries, Ltd. oppose. Novo Nordisk replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 27 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Josh A. Krevitt, Esq.
      James F. Hurst, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2009

JAN HORBALY
CLERK

2010-1001                              - 2 -